**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARC DOUGHERTY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE LEASING COMPANY OF INDIANAPOLIS, LLC (d/b/a "NATIONAL CAR RENTAL")<br><br>　　　　　Defendant. | Case No. 1:22-cv-153 |

**DEFENDANT ENTERPRISE LEASING COMPANY OF INDIANAPOLIS, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Enterprise Leasing Company of Indianapolis, LLC (d/b/a "National Car Rental"), hereinafter "Defendant," hereby gives notice of its removal of the civil action titled *Marc Dougherty v. Enterprise Leasing Company of Indianapolis, LLC (d/b/a "National Car Rental")*, Case No. 03D01-2112-CT-006409 in the Bartholomew County Superior Court, Bartholomew County, Indiana ("State Court Action"), to the United States District Court for the Southern District of Indiana, Indianapolis Division. Enterprise states the following in support:

**A.　Diversity of Citizenship**

　　1.　Plaintiff is a citizen of Indiana. *See* Compl. ¶ 1.

　　2.　Defendant Enterprise Leasing Company of Indianapolis, LLC ("Defendant") is a Delaware limited liability company whose sole member is Enterprise Holdings, Inc.[1]  Enterprise

---

[1] For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members. *Wise v. Wachovia Sec., LLC*, 450 F.3d 265, 267 (7th Cir. 2006) ("The citizenship for diversity purposes of a limited liability company, however, despite the resemblance of such a company to a corporation (the hallmark of both being limited liability), is the citizenship of each of its members.").

1

Holdings, Inc. is a Missouri corporation with its principal place of business in Clayton, Missouri. Thus, Defendant is a citizen of Missouri for purposes of diversity.

3. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant.

**B.  The Amount in Controversy is Satisfied**

4. The amount in controversy requirement for diversity jurisdiction is met in this case because a fair reading of the complaint shows that it is more likely than not that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."  28 U.S.C. § 1332(a); *Rising-Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 815 (7th Cir. 2006) ("A defendant who removes a suit in which the complaint lacks an ad damnum must establish a 'reasonable probability' that the amount in controversy exceeds $75,000."); *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006) ("a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence.").

5. Here it is evident based on a fair reading of Plaintiff's Complaint that the matter in controversy exceeds $75,000.  Plaintiff's Complaint alleges negligent inspection and negligent maintenance/failure to maintain claims against Defendant, and seeks damages for physical injuries, pain and suffering, out of pocket medical expenses, future medical expenses, and lost wages, as well as punitive damages.  *See* Ex. A, Compl. ¶ 48.

6. Accordingly, while Defendant disputes that it is liable to Plaintiff for damages in any amount, Plaintiff has clearly alleged more than the jurisdictional threshold of $75,000.01 exclusive of interests and costs.

**C.     Defendant Has Satisfied the Procedural Requirements for Removal**

7.     This removal is timely filed pursuant to 28 U.S.C. § 1446(b).  Defendant was served on December 27, 2021, less than 30 days from the date of the filing of the instant notice of removal.  *See* Ex. A at Docket Sheet.

8.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the State Court Action are attached as **Exhibit A**.

9.     Pursuant to 28 U.S.C. § 1446(b), all properly joined and served defendants have consented to removal of this case.

10.     The Bartholomew County Superior Court, Bartholomew County, Indiana, where the State Court Action is pending, is located within the United States District Court for the Southern District of Indiana, Indianapolis Division.  Venue is thus proper pursuant to 28 U.S.C. § 105(a), because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 91.

11.     No previous application has been made for the relief requested herein.

12.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of Bartholomew County Superior Court, Bartholomew County, Indiana, where the State Court Action is pending.

13.     By removing this action to this Court, Defendant does not waive any defenses, objections, or motions available under state or federal law.  Defendant expressly reserves the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal on grounds of lack of personal jurisdiction, improper venue, or under the doctrine of *forum non conveniens*.

US.136374211.01

WHEREFORE, Defendant hereby removes this action from the Bartholomew County Superior Court, Bartholomew County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Dated: January 20, 2022.

                Respectfully submitted,

                FAEGRE DRINKER BIDDLE & REATH LLP

                By: */s/ Angela Kelver Hall*
                Angela Kelver Hall (26991-71)
                Liam Williams (37002-53)
                300 N. Meridian Street, Suite 2500
                Indianapolis, IN 46204
                Telephone:  317-237-0300
                Facsimile:  317-237-1000
                angela.hall@faegredrinker.com
                liam.williams@faegredrinker.com

                BRYAN CAVE LEIGHTON PAISNER LLP

                Bettina J. Strauss, Esq.
                James P. Emanuel, Esq.
                (to be admitted *pro hac vice*)
                211 North Broadway, Suite 3600
                St. Louis, MO  63102-2750
                Telephone:  (314) 259-2000
                Facsimile:  (314) 259-2020
                bjstrauss@bclplaw.com
                james.emanuel@bclplaw.com

                *Attorneys for Defendant Enterprise Leasing Company of Indianapolis, LLC (d/b/a National Car Rental)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, a copy of the foregoing Notice of Removal was filed electronically and served upon counsel for Plaintiff via e-mail.

Bryce A. Wagner
Bryce Wagner Law
3335 Micanopy Trail
Tallahassee, FL 32312
Brycewagnerlaw@gmail.com

                                               */s/Angela Kelver Hall*